UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.02-22227-CIV-MARTINEZ/KLEIN

OMAR R. OSAHAR,

    Plaintiff,

v.

JOHN POTTER, Postmaster General of
The United States Postal Service,

    Defendant.
_____/



## DEFENDANT JOHN POTTER'S MOTION FOR COSTS
### (WITH INCORPORATED MEMORANDUM AND ATTACHED BILL OF COSTS)

Pursuant to Federal Rule of Civil Procedure 54 and Southern District of Florida Local Rule 7.3, Defendant, John Potter, Postmaster General of the United States Postal Service (the "Postmaster"), respectfully requests that the Court enter an order granting the Postmaster his costs in the amount of $3784.08, plus interest at a legal rate. On February 19, 2004, the Court entered an order granting full summary judgment in favor of the Postmaster and against Plaintiff. Based on that summary judgment ruling, the Court entered a final judgment in this case on March 5, 2004. As the prevailing party in this case, the Postmaster is entitled to an award of the taxable costs that it spent in litigating this matter. The taxable costs are set forth below and in the verified bill of costs, attached to this motion as Exhibit A.

### I.    LEGAL ARGUMENT

Federal Rule of Civil Procedure 54(d) provides that, absent an express provision to the contrary, costs "shall be allowed as of course to the prevailing party unless the court otherwise directs." Section 1920, 28 U.S.C., specifies those costs which the judge or clerk of court may

1



tax. Included are fees of the clerk and marshal (28 U.S.C. § 1920(1)), fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case (28 U.S.C. § 1920(2)), fees and disbursements for printing and witnesses (28 U.S.C. § 1920(3)), and fees for exemplification and copies of papers necessarily obtained for use in the case (28 U.S.C. § 1920(4)).

There is no doubt that the Postmaster is the prevailing party here since this Court granted the Postmaster's motion for summary judgment and disposed of Plaintiff's case in its entirety. Accordingly, the Postmaster requests that the amounts itemized in the attached bill of costs be taxed as costs allowable pursuant to 28 U.S.C. § 1920. These include the court reporter's fees for the original and one copy of the Plaintiff's deposition transcript and copying fees for materials necessarily obtained for use in the case. Statements for the fees and costs are attached to this motion along with the bill of costs.

### A.  Deposition Transcript Costs

The standard for determining whether the costs of deposition transcripts are taxable is whether the depositions were "necessarily obtained for use in the case." *E.E.O.C. vs. W & O, Co.*, 213 F.3d 600,621 (11th Cir. 2000); *Tang How v. Edward J. Gerrits, Inc.*, 756 F. Supp. 1540, 1545 (S.D. Fla. 1991), *aff'd*, 961 F.2d 174 (11th Cir. 1992). In this case, the Postmaster only seeks costs for Plaintiff's deposition transcript. In order to defend the action, it was necessary for the Postmaster to obtain the transcript of Plaintiff's deposition. Plaintiff's deposition testimony was cited throughout the Postmaster's summary judgment motion. It was also cited throughout the Court's order granting full summary judgment. Plaintiff's deposition transcript

2

was reasonably necessary for the successful defense of this case.[1] *See Murphy v. City of Flagler Beach*, 761 F.2d 622, 631 (11th Cir. 1985). Therefore, the transcript costs sought --$1,244.25 -- should properly be taxed as costs in this case. *See* Exhibit A (bill of costs).

**B.     Copying Costs**

Pursuant to 28 U.S.C. §1920(4), the Postmaster is entitled to recover costs for copies of all papers "necessarily obtained for use in the case." Section 1920(4) does not exclude any categories of documents from its scope, and has been interpreted to include copying charges attributable to discovery, pleadings, motions, memoranda, depositions, exhibits, and all other necessary papers. *See Card v. State Farm Fire and Casualty Co.*, 126 F.R.D. 658, 661 (N.D. Miss. 1989), *aff'd*, 902 F.2d 957 (5th Cir. 1990); *Friedlander v. Nims*, 583 F. Supp. 1087, 1088 (N.D. Ga. 1984); *Allen v. Freeman*, 122 F.R.D. 589, 591 (S.D. Fla. 1988); *National Bancard Corp. v. VISA, U.S.A., Inc.*, 112 F.R.D. 62, 70 (S.D. Fla. 1986). The copy service that the undersigned's office uses pursuant to government contract charged the Postmaster about 6.4 cents per copy. This is a very reasonable copy cost. Accordingly, the Postmaster is entitled to recover the copying costs set forth in its bill of costs, which total $2,539.83. *See* Exhibit A (bill of costs).

**C.     Interest**

Finally, the costs that are taxed pursuant to this motion should bear interest from the date of the costs judgment. *See Georgia Ass'n of Retarded Citizens v. McDaniel*, 855 F.2d 794, 799 (11th Cir. 1988) ("When a district court taxes costs against a losing party, the award of costs must bear interest from the date of the judgment"). Therefore, the costs that are taxed in favor of the

---

[1] Because Plaintiff did not timely respond to Defendant's discovery requests, and based on the request of Plaintiff's counsel, Defendant had to reschedule Plaintiff's deposition twice. Therefore, in order to comply with this Court's summary judgment deadline, Defendant had to expedite transcription of the Plaintiff's deposition.

3

Postmaster, as the prevailing party, should bear interest at a legal rate from the date of the costs judgment.

## II. CONCLUSION

For these reasons, Defendant John Potter respectfully requests that the Court enter an order awarding taxable costs to Defendant in the total amount of $3784.08, plus interest at the legal rate.

## III. VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct, and further verify that I have fully reviewed the supporting data and that this motion is well grounded in fact and justified. Pursuant to Local Rule 7.3, I also certify that I contacted Plaintiff and Stewart Karlin, Plaintiff's trial counsel, to try to resolve the issues raised in this motion. We were unable to resolve the issues.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Marlene Rodriguez
Assistant U.S. Attorney
Fla. Bar. No. 0120057
99 N.E. 4th St., Suite 300
Miami, Florida 33132
Tel: (305) 961-9206
Fax: (305) 530-7139
E-mail: marlene.rodriguez@usdoj.gov

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion and attached bill of costs was mailed on March 22, 2004 to: Stewart Lee Karlin, Esq., Law Offices of Stewart Lee Karlin, 315 SE Seventh Street, Second Floor, Ft. Lauderdale, Florida 33301 and Omar Osahar, 10941 S.W. 143 Terrace, Richmond Heights, Florida 33176-6554.

_____
Marlene Rodriguez

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.02-22227-CIV-MARTINEZ/KLEIN

OMAR R. OSAHAR,

        Plaintiff,

v.

JOHN POTTER, Postmaster General of
The United States Postal Service,

        Defendant.
_____/

## DEFENDANT JOHN POTTER'S VERIFIED BILL OF COSTS

Depositions

| | |
|---|---|
| **Original and one copy of Plaintiff's deposition transcript** | $1,244.25 |
| **DEPOSITION TOTAL** | **$1,244.25** |

Copying Costs

| | |
|---|---|
| Copying discovery documents, including Defendant's production to Plaintiff (5/7/04) | $31.00 |
| Copying discovery documents, including Defendant's production to Plaintiff (6/5/04) | $326.85 |
| Copying EEO files, policy manuals, and other relevant documents (7/10/04) | $343.61 |
| Copying documents produced by Plaintiff (7/18/04) | $729.81 |

1

| | |
|---|---|
| Copying for use at Plaintiff's deposition (7/23/04) | $88.46 |
| Copying for use at Plaintiff's deposition (7/24/04) | $114.97 |
| Copying documents for use at Plaintiff's deposition and for use in Defendant's summary judgment motion (7/25/04) | $905.13 |
| **TOTAL COPIES:** | **$2539.83** |

**OVERALL TOTAL**

| | |
|---|---|
| Deposition Transcripts | $1244.25 |
| Copying | $2539.83 |
| | $3784.08 |

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Marlene Rodriguez, make this verification in support of Defendant's motion to tax costs. Upon my and my colleagues' review of the costs records and supporting data relied upon in preparation for the motion to tax costs and verified bill of costs, I attest that the motion and bill are well grounded in fact and justified. I declare under penalty of perjury that the information set forth in the bill of costs is true and correct.

_____
Marlene Rodriguez
Counsel for Defendant

Dated: March 22, 2004

BILLS AND INVOICES ATTACHED

# Fernandez & Associates

305-374-8868
Fax: 305-374-9668

Rivergate Plaza, Suite 718
444 Brickell Ave. • Miami, FL 33131

Broward
954-382-2101

# Invoice

| BILL TO | | INVOICE # | DATE |
|---|---|---|---|
| U.S. ATTORNEY'S OFFICE<br>99 NE 4TH STREET, 2nd FLOOR<br>MIAMI, FL 33132 | | 2987 | 07/31/2003 |
| ATTN | Barbara Lagoa, AUSA | | |

| REPORTER | TERMS |
|---|---|
| S. Martinez | Net 15 |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/28/2003 | OMAR OSAHAR VS. JOHN POTTER<br>AUTH NO.11009-222<br><br>Original and one copy of the deposition transcript of Omar Osahar<br><br>Mini, Index, & ASCII (NO CHARGE)<br><br>81 Exhibits | 306<br><br><br><br><br><br>81 | 4.00<br><br><br><br><br><br>0.25 | 1,224.00<br><br><br><br><br><br>20.25 |
| | **Total** | | | **$1,244.25** |

02-2227-Civ-Martinez
11009-.200
B. Lagoa/AL    7/31/03

Thank you for using Fernandez & Associates, Inc.
Past due invoices carry a 1.5% interest charge per month.
Tax ID # 65-0595628

25.15



# Invoice

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

| DATE | INVOICE # |
|---|---|
| 5/7/2003 | 24124 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE, CIVIL DIVISION
3RD FLOOR
99 NORTH EAST 4TH STREET
MIAMI, FLORIDA 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60324 | NET 30 | ALINE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 500 | IMPRESSIONS | 0.064 | 32.00 |
|  | Cost Adjustment | -3.00% | -0.96 |

01984316/95-753-Cir
60324
B. Lyon/PL   5/7/03

**TOTAL**   $31.04

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE

2829



150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/5/2003 | 24420 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE, CIVIL DIVISION
3RD FLOOR
99 NORTH EAST 4TH STREET
MIAMI, FLORIDA 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60345 | NET 30 | ALINE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 5,265 | IMPRESSIONS | 0.064 | 336.96 |
|  | Cost Adjustment | -3.00% | -10.11 |

6/5/03

**TOTAL** $326.85

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE - ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE

3154



# Invoice

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

| DATE | INVOICE # |
|---|---|
| 7 10 2003 | 24700 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE, CIVIL DIVISION
3RD FLOOR
99 NORTH EAST 4TH STREET
MIAMI, FLORIDA 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60365 | NET 30 | ALINE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 5,535 | IMPRESSIONS | 0.064 | 354.24 |
|  | Cost Adjustment | -3.00% | -10.63 |

$343.61

**TOTAL**

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT

3251



# Invoice

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

| DATE | INVOICE # |
|---|---|
| 7/18/2003 | 24782 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE
SUITE 700
99 NORTH EAST 4TH STREET
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60344 | NET 30 | ILENE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 11,756 | IMPRESSIONS | 0.064 | 752.38 |
| | Cost Adjustment | -3.00% | -22.57 |



$729.81

**TOTAL**

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE



# Invoice

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

| DATE | INVOICE # |
|---|---|
| 7/23/2003 | 24831 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE
SUITE 700
99 NORTH EAST 4TH STREET
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60378 | NET 30 | ILENE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,425 | IMPRESSIONS | 0.064 | 91.20 |
|  | Cost Adjustment | -3.00% | -2.74 |



**TOTAL**

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE.



INTERNATIONAL LEGAL IMPRINTS

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

3315

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/24/2003 | 24841 |

**BILL TO:**
8000-U.S. ATTY'S OFFICE
SUITE 700
99 NORTH EAST 4TH STREET
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60377 | NET 30 | ILENE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,852 | IMPRESSIONS | 0.064 | 118.53 |
| | Cost Adjustment | -3.00% | -3.56 |

CERTIFICATE OF RECEIPT
[checkbox] FINAL
[checkbox] PARTIAL  [checkbox] ASSET
[checkbox] USA  [checkbox] OCCUP
Case No. 95-753-CIV-WCT
60377
B. Pappalar   7/25/03

RECEIVED 2003 JUL 28

**TOTAL**   $114.97

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1-1/2% PER MONTH



**INTERNATIONAL LEGAL IMPRINTS**

150 S.E. 2ND Ave.
SUITE 200
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

3332

# Invoice

| DATE | INVOICE # |
|---|---|
| 7 25 2003 | 24855 |

**BILL TO:**

8000-U.S. ATTY'S OFFICE
SUITE 700
99 NORTH EAST 4TH STREET
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| P.O. 60382 | NET 30 | ILENE LACOMBE |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 14,580 | IMPRESSIONS | 0.064 | 933.12 |
|  | Cost Adjustment | -3.00% | -27.99 |

95-753-C.V-WCT
60382
B Lagon/oh   7/25/03

RECEIVED 2003 JUL 28 AM 9:36
U.S. ATTORNEY'S ADMINISTRATIVE

$905.13

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE AND OVER 120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

**TOTAL**



**LITIGATION
RESOLUTION**
INCORPORATED

**KAREN EVANS, Esq.**
*Certified Mediator*

September 24, 2003

To: Assistant United States Attorney
Attn: Barbara Lagoa, Esq.
Suite 300
99 N.E. 4th Street
Miami, FL 33132

### INVOICE

For mediation services rendered on September 22, 2003 in **Omar R. Osahar v. John Potter, Postmaster General of the United States Postal Agency**

| | |
|---|---|
| 2.5 hours at $225.00/hour | $ 562.50 TOTAL |
| Defendant's Portion – ½ x $562.50 | $ 281.25 |
| | $   0.00 PAID |
| | $ 281.25 BALANCE |

PLEASE PAY BALANCE
MAKE CHECK PAYABLE TO LITIGATION RESOLUTION, INC.

EIN # 65-0401691

02-22227-Civ-Martinez
108629
B. Lagoa/pk       9/25/03

SUITE 1325 • 169 EAST FLAGLER STREET • MIAMI, FLORIDA 33131
TELEPHONE (305) 371-3250 • FACSIMILE (305) 371-3341 • E-MAIL LitResInc@aol.com
www.litigationresolution.com